IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-397 JCS |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF DEFENDANT. |
| v. | ) ) | |
| DEDDY TRI SUTARSA, | ) ) | |
| Defendant. | ) ) ) | |

The Court has sentenced Mr. Sutarsa to time served as of today, May 17, 2010. Accordingly, the parties hereby stipulate that Defendant Sutarsa be released from United States Marshal custody today, May 17, 2010.

IT IS SO STIPULATED.

DATED: May 17, 2010 _____

                /S/
_____
ELIZABETH M. FALK
Assistant Federal Public Defender

*US v. Sutarsa,* CR 10-397 JCS
[Proposed] Stipulated Order of Release

DATED: May 17, 2010

/S/
ACADIA SENESE
Assistant United States Attorney

**[~~PROPOSED~~ ORDER]**

For the reasons stated above, IT IS HEREBY ORDERED that Defendant Sutarsa be released from United States Marshal custody today, May 17, 2010.

DATED: May 18, 2010

JOSEPH C. SPERO
United States Magistrate Judge

*US v. Sutarsa,* CR 10-397 JCS
[Proposed] Stipulated Order of Release

- 2 -